**MIL–SPEC INDUSTRIES CORP., Appellant,**

v.

**John McHUGH, Secretary of the Army, Appellee.**

No. 2010–1108.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2010.

Domenique Kirchner, Department of Justice, Washington, DC, for Appellee.

Ayse Erguner, Mil–Spec Industries Corp., Roslyn Heights, NY, for Appellant.

ON MOTION

*ORDER*

Appellant Mil–Spec Industries Corp. submits a letter to the court which the court treats as a motion to dismiss the appeal. Appellee does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appeal is dismissed.

**SAMSUNG ELECTRONICS CO., LTD., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

**Sharp Corporation, Intervenor.**

No. 2010–1154.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2010.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).